UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 21-10354-WGY(sss) |
| | ) | |
| 6.   PAULO SANTOS, a/k/a "Bucky," | ) | |
| Defendant | ) | |

ASSENTED-TO MOTION FOR RULE 11 HEARING

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court schedule this matter for a Rule 11 hearing on a date convenient to the Court and counsel.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Christopher Pohl
Christopher Pohl
Charles Dell'Anno
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2023.

/s/ Christopher Pohl
Christopher Pohl
Assistant U.S. Attorney